Case No: 14-00326-CL13

# UNITED STATES BANKRUPTCY COURT

**Southern District of California - San Diego**

| | | | |
|---|---|---|---|
| In re: | **Michael Edward Rothbart** | Case No: | **14-00326-CL13** |
| | | Chapter: | **13** |

Property Address: **14441 Range Park Road Poway, CA 92064**

Last four digits of any number you use to
Identify the debtor's account:     ******7583

Court Claim No. (if known) **8**

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR11**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **July 03, 2019** and filed as Docket No. **130**

### Pre-Petition Default Payments     *Applicable option is checked.*

☒ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:   **$0.00**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments     *Applicable option is checked.*

☒ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:   **$0.00**     ***The loan is paid in full.**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 14-00326-CL13

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor     ☐ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

X  /s/ Raymond Jereza          X  07/22/2019
   Signature                      Date(MM/DD/YYYY)

First Name: Raymond          Middle Name:          Last Name: Jereza

Title: Attorney (CA SBN 277762)

Company: Aldridge Pite, LLP

Address: 4375 Jutland Drive, Suite 200; P.O. Box 17933

City: San Diego          State: CA          Zip: 92177-0933

Phone: (858) 750-7600

Case No: 14-00326-CL13

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: July 22, 2019

| | |
|---|---|
| Chapter 13 Trustee: | David L. Skelton |
| Trustee Address: | 525 B St., Suite 1430 |
| | San Diego, CA 92101-4507 |
| Trustee's Email: | admin@ch13.sdcoxmail.com |
| | |
| Debtor's Counsel Name: | Gerald L. Bohart |
| Debtor's Counsel Address: | 9988 Hibert St., Suite 208 |
| | San Diego, CA 92131 |
| Debtor's Counsel Email: | gbohart@bohartlaw.com |
| | |
| Debtor 1 Name: | Michael Edward Rothbart |
| Debtor's Mailing Address: | 14441 Range Park Road |
| | Poway, CA 92064 |

    /s/ Justin N. Wade